<div style="text-align:right">State<br>v.<br>Damon.</div>

Prisoner discharged.

—— ——, for the State.
*Daniel Chipman*, for defendant.

———❈———

Noah Ashley, Appellant,
*against*
Samuel Willard and James Hall, Appellees.

THE plaintiff declared upon a promissory note made by the defendants *jointly* to one *Ebenezer Kingsley* or order, and by him endorsed, and notice of the endorsement given.

The defendants filed a declaration in set-off, with several counts, as against the endorsor before notice received; one of which counts was upon a receipt given to the defendant *Willard* upon settlement of book accounts, in which *Kingsley* acknowledged there was due to him a balance of 44 dols. 68 cts.

The question now made was, whether, as the note was made *jointly* and not *severally* by the defendants, they could, in their declaration in set-off, count upon any sum due to either individually.

*Sed per Curiam.* The joint promisors to a note are copartners in the contract, and the payment of

<div style="text-align:right; font-style:italic">When an action is brought against *two* upon their joint note, the individual demands of either may be pleaded in set-off to the note.</div>

Ashley
v.
Willard and
Hall.

one is the payment of both. If the promisee is indebted to both or either, they may join in a declaration in set-off, and have several counts; some applicable to the demands of one, and some to the demands of the other; or entirely to the demands of one, or the joint demands of both.

<div align="right">Plaintiff nonsuited.</div>

*Cephas Smith*, Junior, for the plaintiff.
*Chauncey Langdon*, for defendant.